TUCKER ELLIS & WEST LLP
BART L. KESSEL – STATE BAR NO. 125080
ROBERT M. CASE – STATE BAR NO. 215802
1000 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90017-2475
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Defendant CHAPARRAL BOATS, INC.
(erroneously sued as "Chapparal Boats Inc.")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED NICHOLS, <br><br> Plaintiff, <br><br> v. <br><br> CHAPARRAL BOATS INC., <br><br> Defendant. | Case No.:  C06-04731 JSW <br><br> **DEFENDANT CHAPARRAL BOATS, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Action Filed:      May 12, 2006 |

**TO THE HONORABLE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

In accordance with Federal Civil Local Rule 16-10(a), Defendant Chaparral Boats Inc. ("Chaparral") by and through its attorneys of record, hereby requests leave to appear at the Initial Case Management Conference, scheduled to occur on

///
///
///
///
///

Tucker Ellis & West LLP
1000 Wilshire Blvd.
Suite 1800
Los Angeles, CA 90017

DEFENDANT CHAPARRAL BOATS, INC.'S REQUEST TO APPEAR BY TELEPHONE

LAimanage/60465/00002/583911/1

Case 3:06-cv-04731-EDL   Document 15   Filed 01/08/07   Page 2 of 2

1 | January 12, 2007 before the Honorable Jeffrey S. White, via telephone.

3 | DATED: January 5, 2007        Respectfully submitted,

TUCKER ELLIS & WEST LLP

By: _____
Robert M. Case
Attorneys for Defendant
CHAPARRAL BOATS, INC.



January 8, 2007

Tucker Ellis & West LLP
1000 Wilshire Blvd.
Suite 1800
Los Angeles, CA 90017

2
DEFENDANT CHAPARRAL BOATS, INC.'S REQUEST TO APPEAR BY TELEPHONE
LAimanage/60465/00002/583911/1