IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED NICHOLS,<br><br>    Plaintiff,<br><br>  v.<br><br>CHAPARRAL BOATS INC.,<br><br>    Defendant.<br>_____/ | No. C 06-04731 JSW<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: January 22, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:    Wings Hom