IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED NICHOLS,

    Plaintiff,

v.

CHAPARRAL BOATS, INC.,

    Defendants.
_____/

No. C 06-04731 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On February 21, 2007 and February 23, 2007, Plaintiff's and Defendants' counsel filed a request to appear telephonically at the initial case management conference set for March 6, 2007 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution. The court disfavors telephonic appearances because the technology prevents the court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, the parties shall only speak in response to a direct question from the court and shall pause at regular intervals to allow the court to comment on the information presented. If the court wishes to hear a response by the opposing party, the court will inform the party from whom information is requested. No party shall attempt to present information without a request from the court. If the parties cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing date will be set for personal appearances.

//

//

1  Counsel shall stand by beginning at the date and time above until called by the Court. No later
2  than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to
3  provide the Court with a direct dial number to call on for this appearance.

5  Dated: February 27, 2007

6  _____
   ELIZABETH D. LAPORTE
   United States Magistrate Judge