1 TUCKER ELLIS & WEST LLP
BART L. KESSEL – STATE BAR NO. 125080
2 ROBERT M. CASE – STATE BAR NO. 215802
1000 Wilshire Boulevard, Suite 1800
3 Los Angeles, CA 90017-2475
Telephone: 213.430.3400
4 Facsimile: 213.430.3409

5 Attorneys for Defendant CHAPARRAL BOATS, INC.
(erroneously sued as "Chapparal Boats Inc.")
6

7

8

**FILED**

APR 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED NICHOLS, | Case No.: C06-04731 |
| Plaintiff, | [PROPOSED] ORDER RE: DEFENDANT CHAPARRAL BOATS, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION |
| v. | |
| CHAPPARAL BOATS INC., | |
| Defendant. | Action Filed: May 12, 2006 |

**TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

It is hereby Ordered that the client representative for Defendant Chaparral Boats may participate by telephone for the mediation scheduled for April 26, 2007. Such participation shall be in accordance with Federal ADR Local Rule 6-9.

IT IS SO ORDERED.

DATED: 4-17-07

HON. WAYNE D. BRAZIL
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Tucker Ellis & West LLP
1000 Wilshire Blvd.
Suite 1800
Los Angeles, CA 90017

ORDER RE: DEFENDANT'S REQUEST TO APPEAR AT MEDIATION BY TELEPHONE
LAimanage/60465/00002/589529/1