<div style="writing-mode: vertical;">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ED NICHOLS,

           Plaintiff,

   v.

CHAPARRAL BOATS INC.

           Defendant.
_____/

No. C-06-04731 EDL

ORDER VACATING STATUS CONFERENCE; SETTING ADDITIONAL DEADLINE

On November 15, 2007, the parties in the above-captioned case filed a joint statement of settlement, notifying the Court that the parties agreed to settle this action and requesting that the November 20, 2007 status conference be vacated. It is hereby ORDERED that the November 20, 2007 status conference is VACATED. It is further ORDERED that the parties shall file on or before December 17, 2007 either their stipulation to dismiss the case or a joint status report notifying the Court as to the status of the settlement process.

Dated: November 15, 2007

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge